# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

United States of America § 
 § CRIMINAL COMPLAINT
vs. § CASE NUMBER: DR:22-M -00134(1)
 §
(1) Leonel Garcia-Regalado §

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **January 18, 2022** in **Dimmit** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, Leonel GARCIA-Regalado, an alien, entered, or was found in the United States at or near Eagle Pass, Texas, after having been denied admission, excluded, deported, or removed from the United States through Alexandria, La on 10/04/2017, and not having obtained the express consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to reapply for admission thereto. Defendant being voluntarily in the United States unlawfully , a felony,

in violation of Title **8** United States Code, Section(s) **1326(a)(1)**.

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: "The defendant, Leonel GARCIA-Regalado, was arrested by Border Patrol Agents, on January 18, 2022 for being an alien illegally present in the United States. Investigation and

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
Melton, Lance T.
Border Patrol Agent

01/20/2022  at  DEL RIO, Texas
File Date     City and State

VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE         Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.  Case Number: DR:22-M -00134(1)

(1) Leonel Garcia-Regalado

**Continuation of Statement of Facts:**

records of the Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on 10/04/2017 through Alexandria, La. The defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States.
"

_____  _____
Signature of Judicial Officer    Signature of Complainant